```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

Paulette Goodwin,                :

      Plaintiff,             :

  v.                             :       Case No. 2:09-cv-0376

Michael J. Astrue,               :       JUDGE MARBLEY
Commissioner of Social Security,
                                                             :

      Defendant.

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on March 25, 2010. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. Plaintiff's statement of errors be sustained to the extent that this case be remanded to the Commissioner pursuant to 42 U.S.C. §405(g), sentence four, for further consideration of the issues identified in the Report and Recommendation. The Clerk shall enter judgment accordingly.

                                                    s/Algenon L. Marbley
                                                    Algenon L. Marbley
                                                    United States District Judge