**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| Paulette Goodwin, | : | |
|     Plaintiff, | : | |
|   v. | : | Case No. 2:09-cv-0376 |
| Michael J. Astrue, | : | JUDGE MARBLEY |
| Commissioner of Social Security, | : | |
|     Defendant. | | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the April 19, 2010 Order, the Court ADOPTS the Report and Recommendation. Plaintiff's statement of errors are sustained to the extent that this case is hereby REMANDED to the Commissioner of Social Security pursuant to 42 U.S.C. §405(g) for further consideration of the issues identified in the Report and Recommendation.

Date: **April 19, 2010**    **James Bonini, Clerk**

    s/Betty L. Clark
    Betty L. Clark/Deputy Clerk