```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

Paulette Goodwin,                    :

      Plaintiff,                    :

   v.                                :   Case No. 2:09-cv-0376

Michael J. Astrue,                   :   JUDGE MARBLEY
Commissioner of Social Security,
                                                 :

      Defendant.

<u>ORDER</u>

     The parties have stipulated to an award of attorneys' fees and costs under the Equal Access to Justice Act, 28 U.S.C. §2412. Pursuant to that stipulation, plaintiff is **AWARDED** $2,000.00 in attorneys' fees and expenses, to be paid directly to plaintiff's attorney within thirty days of the date of this order. This order satisfies plaintiff's claim for fees and expenses under 28 U.S.C. §2412. The Clerk shall remove the pending motion for fees (#16) from the Court's pending motions list.

 

                                                    s/Algenon L. Marbley
                                                    Algenon L. Marbley
                                                    United States District Judge